Certificate Number: 05781-NJ-DE-031684341

Bankruptcy Case Number: 18-23486



05781-NJ-DE-031684341

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 28, 2018</u>, at <u>6:39</u> o'clock <u>AM PDT</u>, <u>Barbara Garretson</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   September 28, 2018              By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title: President