Certificate Number: 05781-NJ-DE-031684342

Bankruptcy Case Number: 18-23486



05781-NJ-DE-031684342

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 28, 2018</u>, at <u>6:39</u> o'clock <u>AM PDT</u>, <u>Dominick Garretson</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:    <u>September 28, 2018</u>            By:    <u>/s/Allison M Geving</u>

Name:    <u>Allison M Geving</u>

Title:    <u>President</u>