Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23486−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dominick Garretson
428 River Road
North Arlington, NJ 07031

Barbara Garretson
428 River Road
North Arlington, NJ 07031

Social Security No.:
xxx−xx−9917              xxx−xx−9147

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 07/04/2018 and a confirmation hearing on such Plan has been scheduled for 9/5/2018 at 09:00 AM.

The debtor filed a Modified Plan on 09/27/2018 and a confirmation hearing on the Modified Plan is scheduled for 12/5/2018 at 09:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 28, 2018
JAN: dlr

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-23486-RG
Dominick Garretson                                                  Chapter 13
Barbara Garretson
       Debtors
                                        CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                Page 1 of 2                 Date Rcvd: Sep 28, 2018
                               Form ID: 186               Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db/jdb         +Dominick Garretson,    Barbara Garretson,    428 River Road,    North Arlington, NJ 07031-5163
517779596      +Attorney General of the United States,    Department of Justice,
                 Constitution Ave adn 10th St., NW,    Washington, DC 20530-0001
517629499      +Cardiology Center of NJ,    32 Chelsea Drive,    Livingston, NJ 07039-3420
517629500      +Celentano, Stadtmauer & Walentowicz,    Notchview Office Park,    1035 Route 46 East,
                 P.O. Box 2594,    Clifton, NJ 07015-2594
517629502      +Hackensack U Medical Center,    P.O. Box 48027,    Newark, NJ 07101-4827
517629503      +IC Systems,    P.O. Box 64378,   Saint Paul, MN 55164-0378
517629504      +KML Law Group,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517629505      +Med Labs Diagnostics,    85 Horsehill Road,    Cedar Knolls, NJ 07927-2003
517739615      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517629506      +Midland Mortgage,    P.O. Box 268806,    Oklahoma City, OK 73126-8806
517629508      +NJ Healthcare Specialists,    P.O. Box 417191,    Boston, MA 02241-7191
517645944      +New Jersey Healthcare Specialists, PC.,    c/o Pressler, Felt & Warshaw, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
517629510      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517649223      +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
517779595      +US Department of HUD,    451 7th Street, SW,    Washington, DC 20410-0001
517746686       Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 19657,    Irvine, CA 92623-9657
517629514       Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2018 00:20:22     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2018 00:20:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517721115       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2018 00:30:29
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517629496      +E-mail/Text: deboldjohn@bcafinancialservices.com Sep 29 2018 00:21:26
                 BCA Financial Services,    P.O. Box 1037,    Bloomfield, NJ 07003-1037
517629497      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 29 2018 00:30:23     Capital One,
                 Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
517629498      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 29 2018 00:30:27
                 Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
517640188      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 29 2018 00:30:21
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
517635681      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 29 2018 00:30:21
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517629501      +E-mail/Text: ebn@rwjbh.org Sep 29 2018 00:20:53     Clara Maass Medical Center,
                 1 Clara Maass Drive,    Belleville, NJ 07109-3557
517709539      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 29 2018 00:20:16      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
517629507      +E-mail/Text: bankruptcydepartment@tsico.com Sep 29 2018 00:21:14      Music Arts Centers,
                 c/o Transworld Systems,    507 Prudential Road,    Horsham, PA 19044-2308
517629509       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 00:30:22
                 Portfolio Recovery,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502
517745986       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 00:29:53
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
517629511      +E-mail/Text: bankruptcy@senexco.com Sep 29 2018 00:19:22      Senex Services,
                 3333 Founders Rd., 2nd Fl,    Indianapolis, IN 46268
517629512      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2018 00:30:30
                 Star Island Resort & Club,    c/o Pinnacle Credit Services,    P.O. Box 640,
                 Hopkins, MN 55343-0640
517736536      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2018 00:30:02     Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517629513      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 29 2018 00:19:20
                 Verizon Wireless,    P.O. Box 4001,    Acworth, GA 30101-9002
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin               Page 2 of 2               Date Rcvd: Sep 28, 2018
                              Form ID: 186              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Steven J. Abelson    on behalf of Debtor Dominick  Garretson sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          Steven J. Abelson    on behalf of Joint Debtor Barbara  Garretson sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```