STEVEN J. ABELSON
ABELSON LAW OFFICES
80 WEST MAIN STREET
PO BOX 7005
FREEHOLD, NJ  07728

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-23486

Re:    DOMINICK GARRETSON
       BARBARA GARRETSON
       428 RIVER ROAD
       NORTH ARLINGTON,  NJ  07031

Atty:    STEVEN J. ABELSON
         ABELSON LAW OFFICES
         80 WEST MAIN STREET
         PO BOX 7005
         FREEHOLD, NJ  07728

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $77,260.00**

## RECEIPTS AS OF 12/31/2018          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 08/22/2018 | $1,152.00 | | 09/24/2018 | $1,152.00 | |
| 10/23/2018 | $1,152.00 | | 11/27/2018 | $1,152.00 | |
| 12/24/2018 | $1,152.00 | | | | |

**Total Receipts: $5,760.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan:  $5,760.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018          (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 266.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,180.00 | 100.00% | 2,180.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 402.66 | * | 0.00 | |
| 0003 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 387.67 | 100.00% | 20.94 | |
| 0004 | CARDIOLOGY CENTER OF NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | HACKENSACK U MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MED LABS DIAGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDFIRST BANK | MORTGAGE ARRE | 60,539.84 | 100.00% | 3,269.83 | |
| 0012 | MUSIC ARTS CENTERS | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PRESSLER AND PRESSLER | UNSECURED | 643.15 | * | 0.00 | |
| 0017 | STAR ISLAND RESORT & CLUB | SECURED | 0.00 | 100.00% | 0.00 | |
| 0019 | VERIZON WIRELESS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | WELLS FARGO AUTO | VEHICLE SECURE | 428.21 | 100.00% | 23.13 | |
| 0021 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0023 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 18.74 | * | 0.00 | |
| 0024 | VERIZON | UNSECURED | 311.11 | * | 0.00 | |
| 0025 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 756.42 | * | 0.00 | |

**Chapter 13 Case # 18-23486**

**Total Paid:  $5,760.00**

See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $5,760.00          -      Paid to Claims: $3,313.90      -      Admin Costs Paid: $2,446.10    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.