UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**In Re:**

**DOMINICK GARRETSON and BARBARA GARRETSON,**
            **Debtors**

Case No.: 18-23486-RG

Chapter 13

Hearing Date: April 17, 2019

Judge: Rosemary Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

        ✓ Settled        ☐ Withdrawn

Matter: <u>Motion for Relief from Automatic Stay</u>

Date: April 13, 2019        /s/ Jason Brett Schwartz
                                                  Signature

*rev. 8/1/15*