UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ABELSON & TRUESDALE, LLC
BY: STEVEN J. ABELSON
80 West Main Street
P.O. Box 7005
Freehold, New Jersey  07728
(732) 462-4773
ID # SA 7987

Order Filed on April 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DOMINICK & BARBARA GARRETSON

| | |
|---|---|
| Case No.: | 18-23486 |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | RG |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: April 16, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Abelson_____, the applicant, is allowed a fee of $ _____900_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____900_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.    *$ 500*

☑ outside the plan.    *$ 400*

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.