UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on May 6, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

DOMINICK GARRETSON and
BARBARA GARRETSON,

            Debtors

Case No.: 18-23486-RG

Judge: Rosemary Gambardella

## CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE
## 2015 FORD FUSION SEDAN 4D SE I4

The relief set forth on the following pages, number two (2) through four (4) is hereby

**ORDERED.**

**DATED: May 6, 2019**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

2
Debtors:          Dominick Garretson and Barbara Garretson
Case No.:         18-23486-RG
Caption of Order: Consent Order Modifying Stay as To Personal Property

1. The 11 U.S.C. § 362(a) Stay as to Capital One Auto Finance, a division of Capital One, N.A., its successors and/or assigns ("Movant"), with respect to the personal property of the Debtors described as a 2015 FORD Fusion Sedan 4D SE I4, V.I.N. 3FA6P0H72FR162959, in accordance with the agreement of the Debtors and Movant, is hereby modified and shall remain in effect PROVIDED THAT Debtors comply with the following terms and conditions:

(a) To cure the remaining post-petition arrearage currently ripe, due and owing to Movant, Debtors agree to:

(i) To cure the remaining post-petition arrearage currently ripe, due and owing to Movant, Debtors will make payments to Movant as follow:

| DATE PAYMENT DUE | ADEQUATE ASSURANCE PAYMENT | ARREARS | TOTAL |
|---|---|---|---|
| Immediately | -0- | $908.05 | $908.05 |
| 05/08/19 | $302.81 | $100.85 | $403.66 |
| 06/08/19 | $302.81 | $100.84 | $403.65 |
| 07/08/19 | $302.81 | $100.84 | $403.65 |
| 08/08/19 | $302.81 | $100.84 | $403.65 |
| 09/08/19 | $302.81 | $100.84 | $403.65 |
| 10/08/19 | $302.81 | $100.84 | $403.65 |
| Total | $1,816.86 | $1,513.10 | $3,329.96 |

; and

(b) Debtors will resume making all future regular monthly installment payments of $302.81 (subject to changes for taxes, insurance costs and late fees, if any) beginning on November 8,

3
Debtors: Dominick Garretson and Barbara Garretson
Case No.: 18-23486-RG
Caption of Order: Consent Order Modifying Stay as To Personal Property

2019; Debtors will timely make each payment in accordance with the terms and conditions of the loan document between Debtors and Movant.

2. Debtors will remain current on all payments ripe, due and owing under the terms of the Chapter 13 Plan. Debtors will pay Movant as an administrative expense through the Chapter 13 Plan the sum of $481.00 for attorney's fees and costs.

3. The term "payment" as set forth in Paragraph 1, *supra*, does not include a check that is returned due to insufficient funds, account closed or is otherwise not capable of negotiation for any other reason.

4. Debtors will be in default under the Consent Order in the event that Debtors fail to comply with the payment terms and conditions set forth in Paragraph 1, *supra*. If Debtors fail to cure the default within thirty (30) days from the date of default, Movant may apply on five days' notice to Debtors and counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing a sale of the motor vehicle without regard to any future conversion of this matter to a different form of bankruptcy.

5. In the event Debtors convert to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtors shall pay all pre-petition arrears and post-petition arrears due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtors fail to make payments in accordance with this paragraph, then Movant, through

4
Debtors:         Dominick Garretson and Barbara Garretson
Case No.:        18-23486-RG
Caption of Order:    Consent Order Modifying Stay as To Personal Property

counsel, may file a Certification of Default setting forth said failure and Movant shall be granted immediate relief from the automatic stay provisions of Sections 362 of the Bankruptcy Code (11 U.S.C. § 362) and the Movant is then permitted to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing a sale of the motor vehicle.

6. Debtors may default and cure the default under the Consent Order one (1) time. If Debtors defaults a second (2nd) time, Movant may serve a notice of default in accordance with Paragraph 4, *supra*, but Debtors will not be granted an opportunity to cure the default.

7. The failure of Movant to issue a notice of default will not be construed or act as a waiver of any of the rights of Movant under the Consent Order.

8. Debtors waive the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

**We hereby consent to the form and entry of the foregoing Order.**

_____
Steven J. Abelson, Esquire
Abelson Law Offices
80 West Main Street
PO Box 7005
Freehold, NJ 07728
Attorney for Debtors

_____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race St.
Philadelphia, PA 19107
Attorney for Capital One Auto
Finance, a division of Capital One,
N.A.