STEVEN J. ABELSON
ABELSON LAW OFFICES
80 WEST MAIN STREET
PO BOX 7005
FREEHOLD, NJ  07728

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 18-23486

| Re: | DOMINICK GARRETSON | Atty: | STEVEN J. ABELSON |
| --- | --- | --- | --- |
| | BARBARA GARRETSON | | ABELSON LAW OFFICES |
| | 428 RIVER ROAD | | 80 WEST MAIN STREET |
| | NORTH ARLINGTON,  NJ  07031 | | PO BOX 7005 |
| | | | FREEHOLD, NJ  07728 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $77,260.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
| --- | --- | --- | --- | --- | --- |
| 08/22/2018 | $1,152.00 | | 09/24/2018 | $1,152.00 | |
| 10/23/2018 | $1,152.00 | | 11/27/2018 | $1,152.00 | |
| 12/24/2018 | $1,152.00 | | 01/25/2019 | $1,300.00 | |
| 02/26/2019 | $1,300.00 | | 03/26/2019 | $1,300.00 | |
| 04/25/2019 | $1,300.00 | | 05/29/2019 | $1,300.00 | |
| 06/26/2019 | $1,300.00 | | 07/30/2019 | $1,300.00 | |
| 08/30/2019 | $1,300.00 | | 10/07/2019 | $1,300.00 | |
| 11/06/2019 | $1,300.00 | | 12/06/2019 | $1,300.00 | |
| 01/13/2020 | $1,300.00 | | | | |

**Total Receipts: $21,360.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $21,360.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
| --- | --- | --- | --- | --- | --- | --- |
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 01/14/2019 | $20.94 | 817,537 | 02/11/2019 | $7.75 | 819,431 |
| | 03/18/2019 | $7.75 | 821,398 | 05/20/2019 | $481.00 | 825,399 |
| | 05/20/2019 | $9.30 | 825,399 | 06/17/2019 | $7.88 | 827,435 |
| | 07/15/2019 | $7.89 | 829,282 | 08/19/2019 | $7.88 | 831,240 |
| | 09/16/2019 | $7.89 | 833,266 | 10/21/2019 | $7.79 | 835,281 |
| | 11/18/2019 | $7.79 | 837,369 | 12/16/2019 | $7.79 | 839,307 |
| MIDFIRST BANK | | | | | | |
| | 01/14/2019 | $3,269.83 | 817,913 | 02/11/2019 | $1,209.60 | 819,804 |
| | 03/18/2019 | $1,209.60 | 821,784 | 04/15/2019 | $716.25 | 823,807 |
| | 05/20/2019 | $734.99 | 825,796 | 06/17/2019 | $1,231.41 | 827,780 |
| | 07/15/2019 | $1,231.41 | 829,642 | 08/19/2019 | $1,231.41 | 831,638 |
| | 09/16/2019 | $1,231.41 | 833,641 | 10/21/2019 | $1,216.01 | 835,673 |
| | 11/18/2019 | $1,216.01 | 837,739 | 12/16/2019 | $1,216.01 | 839,647 |

**Chapter 13 Case # 18-23486**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO AUTO | | | | | | |
| | 01/14/2019 | $23.13 | 818,607 | 02/11/2019 | $8.56 | 820,525 |
| | 03/18/2019 | $8.56 | 822,562 | 04/15/2019 | $5.07 | 824,539 |
| | 05/20/2019 | $5.20 | 826,601 | 06/17/2019 | $8.71 | 828,482 |
| | 07/15/2019 | $8.71 | 830,357 | 08/19/2019 | $8.71 | 832,435 |
| | 09/16/2019 | $8.71 | 834,374 | 10/21/2019 | $8.60 | 836,478 |
| | 11/18/2019 | $8.60 | 838,473 | 12/16/2019 | $8.60 | 840,340 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,040.85 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,680.00 | 100.00% | 2,680.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 402.66 | * | 0.00 | |
| 0003 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 387.67 | 100.00% | 100.65 | |
| 0004 | CARDIOLOGY CENTER OF NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | HACKENSACK U MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MED LABS DIAGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDFIRST BANK | MORTGAGE ARRE | 60,539.84 | 100.00% | 15,713.94 | |
| 0012 | MUSIC ARTS CENTERS | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PRESSLER AND PRESSLER | UNSECURED | 643.15 | * | 0.00 | |
| 0017 | STAR ISLAND RESORT & CLUB | SECURED | 0.00 | 100.00% | 0.00 | |
| 0019 | VERIZON WIRELESS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | WELLS FARGO AUTO | VEHICLE SECURE | 428.21 | 100.00% | 111.16 | |
| 0021 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0023 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 18.74 | * | 0.00 | |
| 0024 | VERIZON | UNSECURED | 311.11 | * | 0.00 | |
| 0025 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 756.42 | * | 0.00 | |
| 0026 | CAPITAL ONE AUTO FINANCE | ADMINISTRATIVE | 481.00 | 100.00% | 481.00 | |

**Total Paid: $20,127.60**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $21,360.00    -    Paid to Claims: $16,406.75    -    Admin Costs Paid: $3,720.85    =    Funds on Hand: $1,232.40

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.