Dominick Garretson
Barbara Garretson
428 River Road,
North Arlington, NJ 07031

2020 AUG 20   AM 7: 39

August 10, 2020

Case #: 18-23486

US Bankruptcy Court
Office of the Clerk
50 Walnut Street, Third Floor
Newark, NJ 07102

To Whom It May Concern:

We are writing in response to the notice we received dated 7/13/2020. We have been delinquent on our payment to Trustee Marie-Ann Greenberg due to changes in our monthly income. Dominick works for a Honda dealership service department and relies mostly on monthly commission to pay our monthly bills. Dominick was fortunate to still have a job when COVID-19 quarantine was put in place, however business was very slow. Due to this, he was not receiving a monthly commission check. Thankfully, business has picked up and he has received his monthly commission. We sincerely do not want our case dismissed. We have made three payments since receiving the notice and would very much like to continue doing so.

Sincerely,

Dominick Garretson

Barbara Garretson

Cc: Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004-1550