Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23486−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominick Garretson                               Barbara Garretson
   428 River Road                                      428 River Road
   North Arlington, NJ 07031              North Arlington, NJ 07031

Social Security No.:
   xxx−xx−9917                                          xxx−xx−9147

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 27, 2018.

On 3/24/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                 April 21, 2021
Time:               08:30 AM
Location:         Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 25, 2021
JAN: smz

                                                                                                  Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                 Case No. 18-23486-RG

Dominick Garretson                                                                                                      Chapter 13

Barbara Garretson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                  Page 1 of 3

Date Rcvd: Mar 25, 2021                         Form ID: 185                                Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dominick Garretson, Barbara Garretson, 428 River Road, North Arlington, NJ 07031-5163 |
| 517779596 | + | Attorney General of the United States, Department of Justice, Constitution Ave adn 10th St., NW, Washington, DC 20530-0001 |
| 517629499 | + | Cardiology Center of NJ, 32 Chelsea Drive, Livingston, NJ 07039-3420 |
| 517629500 | + | Celentano, Stadtmauer & Walentowicz, Notchview Office Park, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517629502 | + | Hackensack U Medical Center, P.O. Box 48027, Newark, NJ 07101-4827 |
| 517629503 | + | IC Systems, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 517629504 | #+ | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 517629505 | + | Med Labs Diagnostics, 85 Horsehill Road, Cedar Knolls, NJ 07927-2003 |
| 517629506 | + | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 517629508 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, NJ Healthcare Specialists, P.O. Box 417191, Boston, MA 02241 |
| 517645944 | + | New Jersey Healthcare Specialists, PC., c/o Pressler, Felt & Warshaw, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517629510 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517746686 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine, CA 92623-9657 |
| 517629514 | | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2021 22:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2021 22:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517721115 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2021 22:39:22 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517629496 | + | Email/Text: deboldjohn@bcafinancialservices.com | Mar 25 2021 22:59:00 | BCA Financial Services, P.O. Box 1037, Bloomfield, NJ 07003-1037 |
| 517629497 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 25 2021 22:38:40 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 517629498 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Mar 25 2021 22:28:15 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 517640188 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 25 2021 22:27:29 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517635681 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 25 2021 22:38:59 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: 185 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 517629501 | + Email/Text: ebn@rwjbh.org | Mar 25 2021 22:59:00 | | Ave. Dept. APS, Oklahoma City, OK 73118-7901<br>Clara Maass Medical Center, 1 Clara Maass Drive, Belleville, NJ 07109-3557 |
| 517709539 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2021 22:58:00 | | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 517739615 | + Email/PDF: ais.midfirst.ebn@americaninfosource.com | Mar 25 2021 22:38:37 | | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517629507 | + Email/Text: bankruptcydepartment@tsico.com | Mar 25 2021 22:59:00 | | Music Arts Centers, c/o Transworld Systems, 507 Prudential Road, Horsham, PA 19044-2308 |
| 517629509 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2021 22:50:49 | | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 517745986 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2021 22:27:29 | | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517629511 | + Email/Text: bankruptcy@senexco.com | Mar 25 2021 22:57:00 | | Senex Services, 3333 Founders Rd., 2nd Fl, Indianapolis, IN 46268-4932 |
| 517629512 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2021 22:39:21 | | Star Island Resort & Club, c/o Pinnacle Credit Services, P.O. Box 640, Hopkins, MN 55343-0640 |
| 517649223 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 25 2021 22:50:37 | | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 517779595 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 25 2021 22:50:37 | | US Department of HUD, 451 7th Street, SW, Washington, DC 20410-0001 |
| 517736536 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 25 2021 22:52:11 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517629513 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 25 2021 22:57:00 | | Verizon Wireless, P.O. Box 4001, Acworth, GA 30101-9002 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

Case 18-23486-RG    Doc 53    Filed 03/27/21    Entered 03/28/21 00:14:42    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: 185 | Total Noticed: 34 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven J. Abelson | on behalf of Debtor Dominick Garretson sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Barbara Garretson sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7