UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Dominick Garretson & Barbara Garretson,

Debtors.

Case No.: ____18-23486-RG____

Chapter: _____13_____

Hearing Date: ____4/7/2021____

Judge: ____Gambardella____

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 428 River Road (Docket # 48)

_____

Date: 3/31/2021                                /s/ Denise Carlon
                                               Signature

*rev.8/1/15*