Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−23486−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dominick Garretson | Barbara Garretson |
| 428 River Road | 428 River Road |
| North Arlington, NJ 07031 | North Arlington, NJ 07031 |

Social Security No.:
  xxx−xx−9917                               xxx−xx−9147

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 22, 2021.

Dated: April 23, 2021
JAN: slm

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 18-23486-RG
Dominick Garretson   Chapter 13
Barbara Garretson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Apr 23, 2021  Form ID: plncf13  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dominick Garretson, Barbara Garretson, 428 River Road, North Arlington, NJ 07031-5163 |
| 517779596 | + | Attorney General of the United States, Department of Justice, Constitution Ave adn 10th St., NW, Washington, DC 20530-0001 |
| 517629499 | + | Cardiology Center of NJ, 32 Chelsea Drive, Livingston, NJ 07039-3420 |
| 517629500 | + | Celentano, Stadtmauer & Walentowicz, Notchview Office Park, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517629502 | + | Hackensack U Medical Center, P.O. Box 48027, Newark, NJ 07101-4827 |
| 517629503 | + | IC Systems, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 517629504 | #+ | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |
| 517629505 | + | Med Labs Diagnostics, 85 Horsehill Road, Cedar Knolls, NJ 07927-2003 |
| 517629506 | + | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 517629508 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, NJ Healthcare Specialists, P.O. Box 417191, Boston, MA 02241 |
| 517645944 | + | New Jersey Healthcare Specialists, PC., c/o Pressler, Felt & Warshaw, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517629510 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517746686 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine, CA 92623-9657 |
| 517629514 | | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2021 22:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2021 22:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517721115 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:56:02 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517629496 | + | Email/Text: deboldjohn@bcafinancialservices.com | Apr 23 2021 22:36:00 | BCA Financial Services, P.O. Box 1037, Bloomfield, NJ 07003-1037 |
| 517629497 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 23 2021 22:58:48 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 517629498 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Apr 23 2021 22:56:05 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 517640188 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 23 2021 22:57:24 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517635681 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 23 2021 22:55:55 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe |

Case 18-23486-RG    Doc 61    Filed 04/25/21    Entered 04/26/21 00:21:34    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: plncf13 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517629501 | + | Email/Text: ebn@rwjbh.org | Apr 23 2021 22:35:00 | Clara Maass Medical Center, 1 Clara Maass Drive, Belleville, NJ 07109-3557 |
| 517709539 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2021 22:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 517739615 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Apr 23 2021 22:55:49 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517629507 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 23 2021 22:35:00 | Music Arts Centers, c/o Transworld Systems, 507 Prudential Road, Horsham, PA 19044-2308 |
| 517629509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:57:26 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 517745986 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:57:26 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517629511 | + | Email/Text: bankruptcy@senexco.com | Apr 23 2021 22:32:00 | Senex Services, 3333 Founders Rd., 2nd Fl, Indianapolis, IN 46268-4932 |
| 517629512 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:57:30 | Star Island Resort & Club, c/o Pinnacle Credit Services, P.O. Box 640, Hopkins, MN 55343-0640 |
| 517649223 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 23 2021 22:55:50 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 517779595 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Apr 23 2021 22:55:50 | US Department of HUD, 451 7th Street, SW, Washington, DC 20410-0001 |
| 517736536 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 23 2021 22:57:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517629513 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 23 2021 22:32:00 | Verizon Wireless, P.O. Box 4001, Acworth, GA 30101-9002 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: plncf13 | Total Noticed: 34 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven J. Abelson | on behalf of Debtor Dominick Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Barbara Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7