STEVEN J. ABELSON
ABELSON LAW OFFICES
80 WEST MAIN STREET
PO BOX 7005
FREEHOLD, NJ  07728

Re:  DOMINICK GARRETSON          Atty:  STEVEN J. ABELSON
     BARBARA GARRETSON                   ABELSON LAW OFFICES
     428 RIVER ROAD                      80 WEST MAIN STREET
     NORTH ARLINGTON,  NJ  07031         PO BOX 7005
                                         FREEHOLD, NJ  07728

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 18-23486

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $96,610.00

## RECEIPTS AS OF 01/14/2022     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/22/2018 | $1,152.00 | | 09/24/2018 | $1,152.00 | |
| 10/23/2018 | $1,152.00 | | 11/27/2018 | $1,152.00 | |
| 12/24/2018 | $1,152.00 | | 01/25/2019 | $1,300.00 | |
| 02/26/2019 | $1,300.00 | | 03/26/2019 | $1,300.00 | |
| 04/25/2019 | $1,300.00 | | 05/29/2019 | $1,300.00 | |
| 06/26/2019 | $1,300.00 | | 07/30/2019 | $1,300.00 | |
| 08/30/2019 | $1,300.00 | | 10/07/2019 | $1,300.00 | |
| 11/06/2019 | $1,300.00 | | 12/06/2019 | $1,300.00 | |
| 01/13/2020 | $1,300.00 | | 03/05/2020 | $1,300.00 | |
| 03/24/2020 | $1,300.00 | | 04/27/2020 | $1,300.00 | |
| 06/03/2020 | $1,300.00 | | 07/24/2020 | $1,300.00 | |
| 08/17/2020 | $1,300.00 | | 08/18/2020 | $1,300.00 | |
| 10/02/2020 | $1,338.00 | | 10/22/2020 | $1,338.00 | |
| 12/01/2020 | $1,338.00 | | 01/05/2021 | $1,338.00 | |
| 02/03/2021 | $1,338.00 | | 03/02/2021 | $1,338.00 | |
| 03/29/2021 | $1,338.00 | | 04/08/2021 | $1,092.00 | |
| 06/04/2021 | $1,092.00 | | 07/07/2021 | $1,092.00 | |
| 08/09/2021 | $1,092.00 | | 09/08/2021 | $1,092.00 | |
| 10/08/2021 | $1,092.00 | | 11/05/2021 | $1,092.00 | |
| 12/13/2021 | $1,092.00 | | 01/11/2022 | $1,092.00 | |

**Total Receipts: $49,654.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $49,654.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|

**Chapter 13 Case # 18-23486**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | | |
| | 01/14/2019 | $20.94 | 817,537 | | 02/11/2019 | $7.75 | 819,431 |
| | 03/18/2019 | $7.75 | 821,398 | | 05/20/2019 | $481.00 | 825,399 |
| | 05/20/2019 | $9.30 | 825,399 | | 06/17/2019 | $7.88 | 827,435 |
| | 07/15/2019 | $7.89 | 829,282 | | 08/19/2019 | $7.88 | 831,240 |
| | 09/16/2019 | $7.89 | 833,266 | | 10/21/2019 | $7.79 | 835,281 |
| | 11/18/2019 | $7.79 | 837,369 | | 12/16/2019 | $7.79 | 839,307 |
| | 02/10/2020 | $7.79 | 843,061 | | 03/16/2020 | $7.79 | 844,961 |
| | 04/20/2020 | $7.79 | 846,912 | | 05/18/2020 | $7.39 | 848,818 |
| | 06/15/2020 | $7.60 | 850,504 | | 08/17/2020 | $7.60 | 854,163 |
| | 09/21/2020 | $15.19 | 855,978 | | 10/19/2020 | $7.82 | 857,863 |
| | 11/16/2020 | $7.82 | 859,657 | | 12/21/2020 | $7.82 | 861,474 |
| | 01/11/2021 | $7.82 | 863,263 | | 02/22/2021 | $7.82 | 864,939 |
| | 03/15/2021 | $7.82 | 866,792 | | 04/19/2021 | $14.20 | 868,473 |
| | 07/19/2021 | $7.08 | 873,980 | | 09/20/2021 | $7.08 | 877,392 |
| | 11/17/2021 | $7.16 | 880,879 | | | | |
| MIDFIRST BANK | | | | | | | |
| | 01/14/2019 | $3,269.83 | 817,913 | | 02/11/2019 | $1,209.60 | 819,804 |
| | 03/18/2019 | $1,209.60 | 821,784 | | 04/15/2019 | $716.25 | 823,807 |
| | 05/20/2019 | $734.99 | 825,796 | | 06/17/2019 | $1,231.41 | 827,780 |
| | 07/15/2019 | $1,231.41 | 829,642 | | 08/19/2019 | $1,231.41 | 831,638 |
| | 09/16/2019 | $1,231.41 | 833,641 | | 10/21/2019 | $1,216.01 | 835,673 |
| | 11/18/2019 | $1,216.01 | 837,739 | | 12/16/2019 | $1,216.01 | 839,647 |
| | 02/10/2020 | $1,216.01 | 843,420 | | 03/16/2020 | $1,216.01 | 845,341 |
| | 04/20/2020 | $1,216.01 | 847,279 | | 05/18/2020 | $1,154.44 | 849,126 |
| | 06/15/2020 | $1,186.51 | 850,820 | | 08/17/2020 | $1,186.51 | 854,499 |
| | 09/21/2020 | $2,373.02 | 856,337 | | 10/19/2020 | $1,221.20 | 858,196 |
| | 11/16/2020 | $1,221.19 | 859,981 | | 12/21/2020 | $1,221.19 | 861,820 |
| | 01/11/2021 | $1,221.19 | 863,572 | | 02/22/2021 | $1,221.19 | 865,326 |
| | 03/15/2021 | $1,221.19 | 867,115 | | 04/19/2021 | $2,217.86 | 868,853 |
| | 06/21/2021 | $552.89 | 872,539 | | 06/21/2021 | $466.14 | 872,539 |
| | 07/19/2021 | $552.89 | 874,316 | | 07/19/2021 | $466.14 | 874,316 |
| | 08/16/2021 | $552.89 | 876,006 | | 08/16/2021 | $466.14 | 876,006 |
| | 09/20/2021 | $552.89 | 877,762 | | 09/20/2021 | $466.14 | 877,762 |
| | 10/18/2021 | $558.77 | 879,507 | | 10/18/2021 | $471.10 | 879,507 |
| | 11/17/2021 | $558.77 | 881,217 | | 11/17/2021 | $471.10 | 881,217 |
| | 01/10/2022 | $558.77 | 884,484 | | 01/10/2022 | $471.10 | 884,484 |
| WELLS FARGO AUTO | | | | | | | |
| | 01/14/2019 | $23.13 | 818,607 | | 02/11/2019 | $8.56 | 820,525 |
| | 03/18/2019 | $8.56 | 822,562 | | 04/15/2019 | $5.07 | 824,539 |
| | 05/20/2019 | $5.20 | 826,601 | | 06/17/2019 | $8.71 | 828,482 |
| | 07/15/2019 | $8.71 | 830,357 | | 08/19/2019 | $8.71 | 832,435 |
| | 09/16/2019 | $8.71 | 834,374 | | 10/21/2019 | $8.60 | 836,478 |
| | 11/18/2019 | $8.60 | 838,473 | | 12/16/2019 | $8.60 | 840,340 |
| | 02/10/2020 | $8.60 | 844,108 | | 03/16/2020 | $8.60 | 846,064 |
| | 04/20/2020 | $8.60 | 848,035 | | 05/18/2020 | $8.17 | 849,769 |
| | 06/15/2020 | $8.39 | 851,467 | | 08/17/2020 | $8.39 | 855,160 |
| | 09/21/2020 | $16.78 | 857,066 | | 10/19/2020 | $8.64 | 858,880 |
| | 11/16/2020 | $8.64 | 860,644 | | 12/21/2020 | $8.64 | 862,560 |
| | 01/11/2021 | $8.64 | 864,115 | | 02/22/2021 | $8.64 | 866,091 |
| | 03/15/2021 | $8.64 | 867,658 | | 04/19/2021 | $15.69 | 869,577 |
| | 07/19/2021 | $7.82 | 874,932 | | 09/20/2021 | $7.82 | 878,437 |
| | 11/17/2021 | $7.90 | 881,828 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,960.88 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,680.00 | 100.00% | 2,680.00 | 0.00 |

**Chapter 13 Case # 18-23486**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 402.66 | * | 0.00 | |
| 0003 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURED | 387.67 | 100.00% | 244.24 | |
| 0004 | CARDIOLOGY CENTER OF NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | HACKENSACK U MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MED LABS DIAGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDFIRST BANK | MORTGAGE ARREARS | 60,539.84 | 100.00% | 38,695.33 | |
| 0012 | MUSIC ARTS CENTERS | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PRESSLER AND PRESSLER | UNSECURED | 643.15 | * | 0.00 | |
| 0017 | STAR ISLAND RESORT & CLUB | SECURED | 0.00 | 100.00% | 0.00 | |
| 0019 | VERIZON WIRELESS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | WELLS FARGO AUTO | VEHICLE SECURED | 428.21 | 100.00% | 269.76 | |
| 0021 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | US DEPARTMENT OF HUD | MORTGAGE ARREARS | 0.00 | 100.00% | 0.00 | |
| 0023 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 18.74 | * | 0.00 | |
| 0024 | VERIZON | UNSECURED | 311.11 | * | 0.00 | |
| 0025 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 756.42 | * | 0.00 | |
| 0026 | CAPITAL ONE AUTO FINANCE | ADMINISTRATIVE | 481.00 | 100.00% | 481.00 | |
| 0027 | MIDFIRST BANK | (NEW) MTG Agreed | 21,694.75 | 100.00% | 3,277.86 | |

**Total Paid: $48,609.07**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $49,654.00    -    Paid to Claims: $42,968.19    -    Admin Costs Paid: $5,640.88    =    Funds on Hand: $1,044.93

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.