UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 22-028495
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

In Re:

DOMINICK GARRETSON AND BARBARA GARRETSON,
                  DEBTORS

Case No.: 18-23486-RG

Judge: HONORABLE ROSEMARY GAMBARDELLA

Chapter: 13

## NOTICE OF MOTION TO VACATE THE AUTOMATIC STAY

TO:    Steven J. Abelson, Attorney for Debtors
Abelson Law Offices
80 West Main Street
P.O. Box 7005
Freehold, NJ 07728

Marie-Ann Greenberg, Trustee
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004

Dominick Garretson, Debtor
428 River Road
North Arlington, NJ 07031

Barbara Garretson, Debtor
428 River Road
North Arlington, NJ 07031

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto has filed papers with the court requesting relief from the Automatic Stay.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant relief from the Automatic Stay to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto with regard to the 2013 Honda Pilot VIN 5FNYF4H52DB053220 or if you want the court to consider your views on the motion, then on or before __June 8, 2022_____, you or your attorney must:

File a written response in opposition to this motion explaining your position and send to:

Clerk of the United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054

Marie-Ann Greenberg, Trustee
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004

Additionally, you must attend the hearing scheduled for   June 15, 2022   , at   10:00 am   in Courtroom  3E  ,

United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   5-16-2022            Signature   /s/Elizabeth L. Wassall
                                         Kathleen M. Magoon - 040682010
                                         Elizabeth L. Wassall - 023211995
                                         LOGS Legal Group LLP
                                         14000 Commerce Parkway, Suite B
                                         Mount Laurel, NJ 08054
                                         (856) 793-3080
                                         logsecf@logs.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 22-028495
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

| | |
|---|---|
| In Re: | Case No.: 18-23486-RG |
| DOMINICK GARRETSON AND BARBARA GARRETSON,<br>                    DEBTORS | Judge: HONORABLE ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

## ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

Upon the motion of LOGS LEGAL GROUP LLP, Attorneys for WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain personal property as hereinafter set forth, and for cause shown,

1. It is ORDERED that the Automatic Stay of Bankruptcy Code section 362(a) is vacated to permit the movant to rights in the personal property described below to the extent and in the matter provided by any applicable contract documents and non-bankruptcy law.

_____    Personal property described as:    **2013 Honda Pilot**
**VIN 5FNYF4H52DB053220**

2. It is ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the Debtors, any trustee and other party who entered an appearance on the motion.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 22-028495
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

| | |
|---|---|
| In Re: | Case No.: 18-23486-RG |
| DOMINICK GARRETSON AND BARBARA GARRETSON,<br>　　　　　　　　　　DEBTORS | Judge: HONORABLE ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

# CERTIFICATION OF SERVICE

I, __Mary Chaisson__ the undersigned

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Kathleen M. Magoon, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Motion to Vacate the Automatic Stay
   - Proposed Order Vacating Stay
   - Statement of No Brief
   - Certification in Support
   - Supporting Documents
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

　　　　　　　　　　　　　　　　　　　　　　　Signature

Dated: _____　　　　　　　　　/s/ Mary Chaisson
　　　　　　　　　　　　　　　　　　　　　　　Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Steven J Abelson<br>Abelson Law Offices<br>80 West Main Street<br>PO Box 7005<br>Freehold, NJ 07728 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Dominick Garretson and Barbara Garretson<br>428 River Road<br>North Arlington, NJ 07031 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>WAU 22-028495<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>ATTORNEYS FOR WELLS FARGO BANK, N.A.,<br>D/B/A WELLS FARGO AUTO | |
| In Re:<br><br>DOMINICK GARRETSON AND BARBARA GARRETSON,<br>　　　　　　　　　　DEBTORS | Case No.: 18-23486-RG<br><br>Judge: HONORABLE ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date:  5-16-2022

Signature:  */s/Elizabeth L. Wassall*
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
LOGS Legal Group LLP
14000 Commerce Parkway
Suite B
Mount Laurel, NJ 08054
(856) 793-3080
logsecf@logs.com

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WAU 22-028495<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>ATTORNEYS FOR WELLS FARGO BANK, N.A.,<br>D/B/A WELLS FARGO AUTO |

| In Re:<br><br>DOMINICK GARRETSON AND BARBARA GARRETSON,<br>DEBTORS | Case No.: 18-23486-RG<br><br>Judge: HONORABLE ROSEMARY GAMBARDELLA<br><br>Chapter: 13 |
|---|---|

## CERTIFICATION IN SUPPORT OF MOTION BY WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO
## FOR RELIEF FROM AUTOMATIC STAY

I, __Shelita Edwards__, declare under penalty of perjury as follows:

1. I am authorized to sign this certification as a(n) __Bankruptcy Processor__ of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Wells Fargo Auto"). This certification is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. As part of my job responsibilities I have personal knowledge of and am familiar with the types of records maintained by Wells Fargo Auto in connection with the Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto account that is the subject of the Motion (the "Account") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Wells Fargo Auto that pertain to the Account and extensions of the Debtor(s) concerning the property securing such Account.

3. The information in this certification is taken from Wells Fargo Auto's business records regarding the Account. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course of Wells Fargo Auto's regularly conducted business activities. It is the regular practice of Wells Fargo Auto to create and maintain such records.

4. On April 9, 2016, the Debtor(s) entered into a Retail Installment Contract (the "Agreement") in connection with the purchase of a 2013 Honda Pilot VIN 5FNYF4H52DB053220 ("Vehicle/Vessel"). A true and correct copy of the Agreement is attached to this certification. The Agreement was assigned to Wells Fargo.

5. To secure repayment of amounts due under the Agreement, the Debtor granted a security interest in the Vehicle/Vessel. The security interest was duly perfected as evidenced by the attached. Wells Fargo has a valid perfected security interest in the Vehicle/Vessel.

6. The following information sets forth the retail value of the Vehicle/Vessel and the status of Debtor's account:

    A. Retail Value: $17,025.00 *obtained in the month of April 2022

    *Values derived from NADA Official Used Car Guide, a true and correct copy of which is attached.

    Account status as of 04/25/2022, Account is due for the 09/24/2020 payment(s) in the total amount of $8,361.81.

    B. Statement of amount due under Agreement

    - Current payoff balance $8,361.81 as of 04/25/2022.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on  May 11 ,  2022 .

_____
Signature    Bankruptcy Processor