UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WAU 22-028495
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.,
D/B/A WELLS FARGO AUTO

In Re:

DOMINICK GARRETSON AND BARBARA
GARRETSON,

                 DEBTORS

Order Filed on June 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-23486-RG

Judge: HONORABLE ROSEMARY
GAMBARDELLA

Chapter: 13

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 13, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter being opened to the Court by LOGS Legal Group LLP, Attorneys for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a vehicle contract obligation, and due notice of said Motion and the supporting Certification having been given to the Trustee, the Debtors and the attorney for the Debtors, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.      As of May 25, 2022, Debtors are delinquent in *post*-petition payments for the months of September 24, 2020 in the amount of $83.24 (partial), and October 24, 2020 through and including April 24, 2022 in the amount of $428.21 each, for a total post-petition delinquency amount of $8,219.23 due to Secured Creditor on the 2013 Honda Pilot. The vehicle contract obligation has matured, and $8,219.23 is the remaining post-petition amount due and owing. This amount specifically does *not* include any pre-petition arrearages as are already being paid through the Chapter 13 Plan, and should continue to be paid.

2.      Debtors agrees to capitalize the *post*-petition delinquency of $8,219.23, as outlined in Paragraph one (1) above, to be paid through the remaining Chapter 13 Plan. *The Trustee shall amend his/her records to reflect same, and shall set up on the Trustee's ledger.* The Debtors shall file a Modified Plan within fourteen (14) days of entry of this Consent Order to fund this capitalization of post-petition arrears, *or the case will be dismissed upon motion of the Trustee, with notice to the Debtors and Debtors' Counsel.*

3.      In the event Debtors' Chapter 13 Plan does not complete, Debtors agree that Secured Creditor's lien as to the subject collateral is retained to the fullest amount permissible under New Jersey law.


We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP


/s/Elizabeth L. Wassall
_____        Date: ___6-10-2022_____
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor


_____        Date: ___6/10/22_____
Steven J. Abelson, Esquire
Attorney for the Debtors