STEVEN J. ABELSON  
ABELSON LAW OFFICES  
80 WEST MAIN STREET  
PO BOX 7005  
FREEHOLD, NJ  07728  

Re:  DOMINICK GARRETSON           Atty:  STEVEN J. ABELSON  
     BARBARA GARRETSON                   ABELSON LAW OFFICES  
     428 RIVER ROAD                      80 WEST MAIN STREET  
     NORTH ARLINGTON,  NJ  07031         PO BOX 7005  
                                         FREEHOLD, NJ  07728  

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**  
Chapter 13 Case # 18-23486

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $104,583.00**

### RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/22/2018 | $1,152.00 | | 09/24/2018 | $1,152.00 | |
| 10/23/2018 | $1,152.00 | | 11/27/2018 | $1,152.00 | |
| 12/24/2018 | $1,152.00 | | 01/25/2019 | $1,300.00 | |
| 02/26/2019 | $1,300.00 | | 03/26/2019 | $1,300.00 | |
| 04/25/2019 | $1,300.00 | | 05/29/2019 | $1,300.00 | |
| 06/26/2019 | $1,300.00 | | 07/30/2019 | $1,300.00 | |
| 08/30/2019 | $1,300.00 | | 10/07/2019 | $1,300.00 | |
| 11/06/2019 | $1,300.00 | | 12/06/2019 | $1,300.00 | |
| 01/13/2020 | $1,300.00 | | 03/05/2020 | $1,300.00 | |
| 03/24/2020 | $1,300.00 | | 04/27/2020 | $1,300.00 | |
| 06/03/2020 | $1,300.00 | | 07/24/2020 | $1,300.00 | |
| 08/17/2020 | $1,300.00 | | 08/18/2020 | $1,300.00 | |
| 10/02/2020 | $1,338.00 | | 10/22/2020 | $1,338.00 | |
| 12/01/2020 | $1,338.00 | | 01/05/2021 | $1,338.00 | |
| 02/03/2021 | $1,338.00 | | 03/02/2021 | $1,338.00 | |
| 03/29/2021 | $1,338.00 | | 04/08/2021 | $1,092.00 | |
| 06/04/2021 | $1,092.00 | | 07/07/2021 | $1,092.00 | |
| 08/09/2021 | $1,092.00 | | 09/08/2021 | $1,092.00 | |
| 10/08/2021 | $1,092.00 | | 11/05/2021 | $1,092.00 | |
| 12/13/2021 | $1,092.00 | | 01/11/2022 | $1,092.00 | |
| 02/18/2022 | $1,092.00 | | 03/10/2022 | $1,092.00 | |
| 04/06/2022 | $1,092.00 | | 05/09/2022 | $1,092.00 | |
| 05/26/2022 | $1,092.00 | | 08/16/2022 | $1,400.00 | |
| 08/22/2022 | $1,337.00 | | 09/30/2022 | $1,337.00 | |
| 11/07/2022 | $1,337.00 | | 12/05/2022 | $1,337.00 | |

**Total Receipts: $61,862.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $61,862.00**

**Chapter 13 Case # 18-23486**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 01/14/2019 | $20.94 | 817,537 | 02/11/2019 | $7.75 | 819,431 |
| | 03/18/2019 | $7.75 | 821,398 | 05/20/2019 | $481.00 | 825,399 |
| | 05/20/2019 | $9.30 | 825,399 | 06/17/2019 | $7.88 | 827,435 |
| | 07/15/2019 | $7.89 | 829,282 | 08/19/2019 | $7.88 | 831,240 |
| | 09/16/2019 | $7.89 | 833,266 | 10/21/2019 | $7.79 | 835,281 |
| | 11/18/2019 | $7.79 | 837,369 | 12/16/2019 | $7.79 | 839,307 |
| | 02/10/2020 | $7.79 | 843,061 | 03/16/2020 | $7.79 | 844,961 |
| | 04/20/2020 | $7.79 | 846,912 | 05/18/2020 | $7.39 | 848,818 |
| | 06/15/2020 | $7.60 | 850,504 | 08/17/2020 | $7.60 | 854,163 |
| | 09/21/2020 | $15.19 | 855,978 | 10/19/2020 | $7.82 | 857,863 |
| | 11/16/2020 | $7.82 | 859,657 | 12/21/2020 | $7.82 | 861,474 |
| | 01/11/2021 | $7.82 | 863,263 | 02/22/2021 | $7.82 | 864,939 |
| | 03/15/2021 | $7.82 | 866,792 | 04/19/2021 | $14.20 | 868,473 |
| | 07/19/2021 | $7.08 | 873,980 | 09/20/2021 | $7.08 | 877,392 |
| | 11/17/2021 | $7.16 | 880,879 | 02/14/2022 | $7.16 | 885,860 |
| | 03/14/2022 | $7.21 | 887,565 | 05/16/2022 | $7.23 | 890,977 |
| | 09/19/2022 | $10.26 | 897,559 | 11/14/2022 | $7.09 | 900,802 |
| MIDFIRST BANK | | | | | | |
| | 01/14/2019 | $3,269.83 | 817,913 | 02/11/2019 | $1,209.60 | 819,804 |
| | 03/18/2019 | $1,209.60 | 821,784 | 04/15/2019 | $716.25 | 823,807 |
| | 05/20/2019 | $734.99 | 825,796 | 06/17/2019 | $1,231.41 | 827,780 |
| | 07/15/2019 | $1,231.41 | 829,642 | 08/19/2019 | $1,231.41 | 831,638 |
| | 09/16/2019 | $1,231.41 | 833,641 | 10/21/2019 | $1,216.01 | 835,673 |
| | 11/18/2019 | $1,216.01 | 837,739 | 12/16/2019 | $1,216.01 | 839,647 |
| | 02/10/2020 | $1,216.01 | 843,420 | 03/16/2020 | $1,216.01 | 845,341 |
| | 04/20/2020 | $1,216.01 | 847,279 | 05/18/2020 | $1,154.44 | 849,126 |
| | 06/15/2020 | $1,186.51 | 850,820 | 08/17/2020 | $1,186.51 | 854,499 |
| | 09/21/2020 | $2,373.02 | 856,337 | 10/19/2020 | $1,221.20 | 858,196 |
| | 11/16/2020 | $1,221.19 | 859,981 | 12/21/2020 | $1,221.19 | 861,820 |
| | 01/11/2021 | $1,221.19 | 863,572 | 02/22/2021 | $1,221.19 | 865,326 |
| | 03/15/2021 | $1,221.19 | 867,115 | 04/19/2021 | $2,217.86 | 868,853 |
| | 06/21/2021 | $552.89 | 872,539 | 06/21/2021 | $466.14 | 872,539 |
| | 07/19/2021 | $552.89 | 874,316 | 07/19/2021 | $466.14 | 874,316 |
| | 08/16/2021 | $552.89 | 876,006 | 08/16/2021 | $466.14 | 876,006 |
| | 09/20/2021 | $552.89 | 877,762 | 09/20/2021 | $466.14 | 877,762 |
| | 10/18/2021 | $558.77 | 879,507 | 10/18/2021 | $471.10 | 879,507 |
| | 11/17/2021 | $558.77 | 881,217 | 11/17/2021 | $471.10 | 881,217 |
| | 01/10/2022 | $558.77 | 884,484 | 01/10/2022 | $471.10 | 884,484 |
| | 02/14/2022 | $558.77 | 886,197 | 02/14/2022 | $471.10 | 886,197 |
| | 03/14/2022 | $1,126.37 | 887,895 | 03/14/2022 | $949.63 | 887,895 |
| | 04/18/2022 | $567.60 | 889,630 | 04/18/2022 | $478.54 | 889,630 |
| | 05/16/2022 | $562.19 | 891,317 | 05/16/2022 | $484.02 | 891,317 |
| | 06/20/2022 | $456.90 | 893,022 | 06/20/2022 | $393.37 | 893,022 |
| | 09/19/2022 | $1,145.19 | 897,902 | 09/19/2022 | $985.95 | 897,902 |
| | 10/17/2022 | $559.41 | 899,546 | 10/17/2022 | $481.63 | 899,546 |
| | 11/14/2022 | $547.82 | 901,113 | 11/14/2022 | $471.65 | 901,113 |
| | 12/12/2022 | $547.82 | 902,661 | 12/12/2022 | $471.65 | 902,661 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO AUTO | | | | | | | |
| | 01/14/2019 | $23.13 | 818,607 | | 02/11/2019 | $8.56 | 820,525 |
| | 03/18/2019 | $8.56 | 822,562 | | 04/15/2019 | $5.07 | 824,539 |
| | 05/20/2019 | $5.20 | 826,601 | | 06/17/2019 | $8.71 | 828,482 |
| | 07/15/2019 | $8.71 | 830,357 | | 08/19/2019 | $8.71 | 832,435 |
| | 09/16/2019 | $8.71 | 834,374 | | 10/21/2019 | $8.60 | 836,478 |
| | 11/18/2019 | $8.60 | 838,473 | | 12/16/2019 | $8.60 | 840,340 |
| | 02/10/2020 | $8.60 | 844,108 | | 03/16/2020 | $8.60 | 846,064 |
| | 04/20/2020 | $8.60 | 848,035 | | 05/18/2020 | $8.17 | 849,769 |
| | 06/15/2020 | $8.39 | 851,467 | | 08/17/2020 | $8.39 | 855,160 |
| | 09/21/2020 | $16.78 | 857,066 | | 10/19/2020 | $8.64 | 858,880 |
| | 11/16/2020 | $8.64 | 860,644 | | 12/21/2020 | $8.64 | 862,560 |
| | 01/11/2021 | $8.64 | 864,115 | | 02/22/2021 | $8.64 | 866,091 |
| | 03/15/2021 | $8.64 | 867,658 | | 04/19/2021 | $15.69 | 869,577 |
| | 07/19/2021 | $7.82 | 874,932 | | 09/20/2021 | $7.82 | 878,437 |
| | 11/17/2021 | $7.90 | 881,828 | | 02/14/2022 | $7.90 | 886,859 |
| | 03/14/2022 | $7.97 | 888,522 | | 05/16/2022 | $7.99 | 891,932 |
| | 06/20/2022 | $197.35 | 893,696 | | 09/19/2022 | $494.63 | 898,548 |
| | 09/19/2022 | $11.33 | 898,548 | | 10/17/2022 | $241.62 | 900,144 |
| | 11/14/2022 | $7.83 | 901,719 | | 11/14/2022 | $236.61 | 901,719 |
| | 12/12/2022 | $236.61 | 903,237 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,458.03 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,680.00 | 100.00% | 2,680.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 402.66 | * | 0.00 | |
| 0003 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURED | 387.67 | 100.00% | 283.19 | |
| 0004 | CARDIOLOGY CENTER OF NJ | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | HACKENSACK U MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | MED LABS DIAGNOSTICS | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | MIDFIRST BANK | MORTGAGE ARR | 60,539.84 | 100.00% | 44,767.40 | |
| 0012 | MUSIC ARTS CENTERS | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | PRESSLER AND PRESSLER | UNSECURED | 643.15 | * | 0.00 | |
| 0017 | STAR ISLAND RESORT & CLUB | SECURED | 0.00 | 100.00% | 0.00 | |
| 0019 | VERIZON WIRELESS | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | WELLS FARGO AUTO | VEHICLE SECURED | 428.21 | 100.00% | 312.78 | |
| 0021 | CLARA MAASS MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | US DEPARTMENT OF HUD | MORTGAGE ARR | 0.00 | 100.00% | 0.00 | |
| 0023 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 18.74 | * | 0.00 | |
| 0024 | VERIZON | UNSECURED | 311.11 | * | 0.00 | |
| 0025 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 756.42 | * | 0.00 | |
| 0026 | CAPITAL ONE AUTO FINANCE | ADMINISTRATIVE | 481.00 | 100.00% | 481.00 | |
| 0027 | MIDFIRST BANK | (NEW) MTG Agree | 22,044.75 | 100.00% | 8,465.40 | |
| 0028 | WELLS FARGO AUTO | (NEW) Auto Agree | 8,219.23 | 100.00% | 1,406.82 | |

**Total Paid: $61,854.62**
See Summary

**Chapter 13 Case # 18-23486**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $61,862.00    -    Paid to Claims: $55,716.59    -    Admin Costs Paid: $6,138.03    =    Funds on Hand: $7.38

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.