Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18–23486–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dominick Garretson
428 River Road
North Arlington, NJ 07031

Barbara Garretson
428 River Road
North Arlington, NJ 07031

Social Security No.:
xxx–xx–9917

xxx–xx–9147

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/2/23 at 10:00 AM

to consider and act upon the following:

*87* – Certification In Objection to Trustee Certification of D. filed by Steven J. Abelson on behalf of Barbara Garretson, Dominick Garretson. (Attachments: # 1 Exhibit) (Abelson, Steven)

Dated: 6/26/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court