Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23486−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dominick Garretson
428 River Road
North Arlington, NJ 07031

Barbara Garretson
428 River Road
North Arlington, NJ 07031

Social Security No.:
xxx−xx−9917

xxx−xx−9147

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/1/23 at 10:00 AM

to consider and act upon the following:

*91* – Certification In Objection to Certification of Default (related document:90 Creditor's Certification of Default (related document:48 Motion for Relief from Stay re: 428 River Road, North Arlington, NJ. 07031, Bergen. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 68 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 09/28/2023. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Steven J. Abelson on behalf of Barbara Garretson, Dominick Garretson. (Abelson, Steven)

Dated: 9/27/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court