| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>DOMINICK GARRETSON<br>BARBARA GARRETSON | Case No.:  18-23486<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  RG |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/29/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
DOMINICK GARRETSON
BARBARA GARRETSON
428 RIVER ROAD
NORTH ARLINGTON, NJ  07031
Mode of Service:  Regular Mail

Attorney for Debtor(s):
STEVEN J. ABELSON
ABELSON LAW OFFICES
80 WEST MAIN STREET
PO BOX 7005
FREEHOLD, NJ  07728
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  November 29, 2023

By:  /S/  Jessica Antoine
Jessica Antoine