Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−23486−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dominick Garretson
428 River Road
North Arlington, NJ 07031

Barbara Garretson
428 River Road
North Arlington, NJ 07031

Social Security No.:
xxx−xx−9917                                        xxx−xx−9147

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on December 18, 2023.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 18, 2023
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dominick Garretson  
Barbara Garretson  
    Debtors

Case No. 18-23486-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 18, 2023      Form ID: 148      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dominick Garretson, Barbara Garretson, 428 River Road, North Arlington, NJ 07031-5163 |
| 517629499 | + | Cardiology Center of NJ, 32 Chelsea Drive, Livingston, NJ 07039-3420 |
| 517629500 | + | Celentano, Stadtmauer & Walentowicz, Notchview Office Park, 1035 Route 46 East, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 517629502 | + | Hackensack U Medical Center, P.O. Box 48027, Newark, NJ 07101-4827 |
| 517629505 | + | Med Labs Diagnostics, 85 Horsehill Road, Cedar Knolls, NJ 07927-2036 |
| 517629506 | + | Midland Mortgage, P.O. Box 268806, Oklahoma City, OK 73126-8806 |
| 517629508 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, NJ Healthcare Specialists, P.O. Box 417191, Boston, MA 02241 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517721115 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2023 20:43:18 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517779596 | ^ | MEBN | Dec 18 2023 20:38:27 | Attorney General of the United States, Department of Justice, Constitution Ave adn 10th St., NW, Washington, DC 20530-0001 |
| 517629496 | + | Email/Text: john.debold@gmail.com | Dec 18 2023 20:40:00 | BCA Financial Services, P.O. Box 1037, Bloomfield, NJ 07003-1037 |
| 517629497 | + | EDI: CAPITALONE.COM | Dec 19 2023 01:27:00 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 517629498 | + | EDI: CAPONEAUTO.COM | Dec 19 2023 01:33:00 | Capital One Auto Finance, P.O. Box 260848, Plano, TX 75026-0848 |
| 517640188 | + | EDI: AISACG.COM | Dec 19 2023 01:27:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517635681 | + | EDI: AISACG.COM | Dec 19 2023 01:27:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 517629501 | + | Email/Text: ebn@rwjbh.org | Dec 18 2023 20:39:00 | Clara Maass Medical Center, 1 Clara Maass Drive, Belleville, NJ 07109-3557 |
| 517629503 | + | EDI: LCIICSYSTEM | Dec 19 2023 01:27:00 | IC Systems, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 517709539 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2023 20:39:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 517739615 | + | EDI: AISMIDFIRST | Dec 19 2023 01:27:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517629507 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 18 2023 20:40:00 | Music Arts Centers, c/o Transworld Systems, 507 Prudential Road, Horsham, PA 19044-2308 |
| 517645944 | + | Email/Text: signed.order@pfwattorneys.com | Dec 18 2023 20:39:00 | New Jersey Healthcare Specialists, PC., c/o Pressler, Felt & Warshaw, LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517629509 | | EDI: PRA.COM | Dec 19 2023 01:27:00 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 517745986 | | EDI: PRA.COM | Dec 19 2023 01:27:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517629510 | | Email/Text: signed.order@pfwattorneys.com | Dec 18 2023 20:39:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 517629511 | + | Email/Text: bankruptcy@senexco.com | Dec 18 2023 20:38:00 | Senex Services, 3333 Founders Rd., 2nd Fl, Indianapolis, IN 46268-4932 |
| 517629512 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2023 20:43:20 | Star Island Resort & Club, c/o Pinnacle Credit Services, P.O. Box 640, Hopkins, MN 55343-0640 |
| 517649223 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 18 2023 20:43:23 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 517779595 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 18 2023 20:43:23 | US Department of HUD, 451 7th Street, SW, Washington, DC 20410-0001 |
| 517736536 | + | EDI: AIS.COM | Dec 19 2023 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517629513 | + | EDI: VERIZONCOMB.COM | Dec 19 2023 01:27:00 | Verizon Wireless, P.O. Box 4001, Acworth, GA 30101-9002 |
| 517746686 | | EDI: WFFC2 | Dec 19 2023 01:27:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine, CA 92623-9657 |
| 517629514 | | EDI: WFFC | Dec 19 2023 01:27:00 | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| 517629504 | ##+ | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 18, 2023 | Form ID: 148 | Total Noticed: 33 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven J. Abelson | on behalf of Debtor Dominick Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Barbara Garretson sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8